

**ORDERED in the Southern District of Florida on December 29, 2014.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No. 10-35111-BKC-PGH |
| | Chapter 7 |
| **WILLIAM JAMES ROSS III,** | |
|     **Debtor.** | |
| _____/ | |
| **ANNETTE M. LEROUX, AS TRUSTEE OF THE WILLIAM JAMES ROSS IV IRREVOCABLE TRUST AND THE EDMUND WILLIAM ROSS II IRREVOCABLE TRUST,** | Adversary Case<br>No.: 14-01663-BKC-PGH-A |
|     **Plaintiff,** | |
| vs. | |
| **WILLIAM JAMES ROSS III,** | |
|     **Defendant.** | |
| _____/ | |

## FINAL DEFAULT JUDGMENT

This cause came before the Court upon the Complaint objecting to discharge in bankruptcy by Plaintiff Annette M. LeRoux, as Trustee of the William James Ross IV and

1

Edmund William Ross II Irrevocable Trusts (the "TRUSTS"), against Defendant William James Ross III pursuant to 11 U.S.C. §727(a)(2), §727(a)(3), §727(a)(4)(A), and §727(a)(4)(D). Having considered the Complaint and the Renewed Motion of Plaintiff for Entry of Default Final Judgment and being otherwise fully advised regarding this matter, the Court hereby finds Defendant William James Ross, III's discharge is denied pursuant to 11 U.S.C. §727(a)(2), §727(a)(3), §727(a)(4)(A), and §727(a)(4)(D).

In accordance with Federal Rule of Bankruptcy Procedure 9021 and this Court's Order Granting Plaintiff's Renewed Motion for Entry of Default Final Judgment [DE#16]] entered contemporaneously herewith, it is hereby **ORDERED AND ADJUDGED** that:

1. The allegations of the Complaint are deemed admitted and Plaintiff is entitled to Final Judgment as to Counts I, II, III, and IV of the Complaint against Defendant William James Ross, III.

2. Final Default Judgment is entered in favor of Plaintiff.

3. That Defendant, William James Ross III's, discharge is denied pursuant to 11 U.S.C. §727(a)(2), §727(a)(3), §727(a)(4)(A), and §727(a)(4)(D).

4. Defendant's creditors are entitled to pursue post-judgment collection on their debts forthwith.

3. The Clerk is directed to mail a copy of this Order to Defendant, William James Ross III, 966 Pebble Lane, Vero Beach, Florida 32963.

###

**Submitted by:**

Richard D. Connors, Esq.
ATTORNEY AT LAW
10552 Homestead Lane
Plymouth, Michigan 48170

Telephone: (989) 205-2077
Email: rdcresidential@hotmail.com
Attorney for Annette M. LeRoux, as Trustee

The party submitting this Order shall serve a copy of the signed Order on all parties listed below and file with the Court a Certificate of Service conforming with Local Rule 2002-1(F).

**ELECTRONIC MAIL NOTICE LIST:** The following is the list of parties who are currently on the list to receive email notice/service for this case.

Thomas Abrams, Attorney for Plaintiff Annette M. LeRoux, (tabrams@tabramslaw.com)

**PARTIES:** The following is a list of the parties who are currently not on the list to receive email notice/service for this case.

William James Ross, III
P. O. Box 648127
Vero Beach, Florida 32963

William James Ross, III
Surf Club Motel
4700 A1A North, Room 100
Vero Beach, Florida 32963

William James Ross, III
966 Pebble Lane
Vero Beach, Florida 32963

Robert C. Furr, Trustee
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431

Alvin S. Goldstein
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431

U.S. Trustee
51 SW 1st Avenue, Suite 1204
Miami, Florida 33130