CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on February 10, 2015

**Paul G. Hyman, Jr.**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10–35111–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

William James Ross
PO Box 648127
Vero Beach, FL 32964

SSN: xxx–xx–8910

# FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.