

**ORDERED in the Southern District of Florida on December 23, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 10-35111-BKC-PGH |
| | Chapter 7 |
| WILLIAM JAMES ROSS, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING EMERGENCY MOTION TO REOPEN DEBTOR'S BANKRUPTCY CASE AND TO CLARIFY AGREED NOTICE OF ABANDONMENT

**THIS MATTER** came before the Court on December 22, 2015 at 1:30 p.m. on Annette M. LeRoux's Emergency Motion to Reopen Debtor's Bankruptcy Case and to Clarify Agreed Notice of Abandonment [ECF 380] (the "Motion").  This Court having considered the Motion, arguments of counsel, evidence, pleadings, and for the reasons stated on the record, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Motion is hereby **GRANTED.**

2. The Court hereby reopens Debtor's bankruptcy case for limited purpose of entering an Order clarifying the Court's Agreed Order Granting Creditor's Annette LeRoux as Trustee['s] Motion to Compel Abandonment of Estate Property [ECF No. 263] and Agreed Order Granting Creditor[] Annette LeRoux as Trustee['s] Motion for Supplemental Notice of Abandonment of Estate Property or Other Appropriate Relief [ECF No. 272] (the "Clarification Order").

3. After entry of the Clarification Order, the Clerk is directed to immediately close this case.

4. No further assets will be administered in this case, and the former Chapter 7 Trustee, Robert Furr, shall have no further duties (reporting or otherwise) with respect to this case. In addition, the United States Trustee is advised that there is no need to appoint any additional Chapter Trustee 7.

# # #

**Submitted by:**

Michael C. Foster, Esq.
Florida Bar No. 0042765
TRIPP SCOTT, P.A.
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301

*(Mr. Foster shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*